# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS**  DATE: 12/21/2011  TIME: 2:00 PM

DEFT: SCOTT MULLIGAN (J)  CASE NO: 11-8463-JMH
AUSA: SEAN FLYNN / Ellen Cohen  ATTY: FPD - Robin Rosen Evans
AGENT:  VIOL: REMOVAL TO THE EASTERN DISTRICT OF NEW YORK

PROCEEDING: INITIAL HEARING ON REMOVAL / Identity Hearing  BOND RECOMMENDATION:  PTD (REQUESTED BY GOVT.)
BOND/PTD HEARING HELD - yes / no
BOND SET @  LANGUAGE: ENGLISH
PRISONER NO.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement/Electronic Monitoring/Curfew _____ paid by _____.
- ☐ Other _____

FILED by _____ D.C.
DEC 2 1 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Disposition: Deft present/sworn. Deft advised of charges & Rights. Deft questioned regarding appointment of counsel. Deft will hire counsel. Govt suggest to the Court to appoint FPD to the Deft for the purpose of this hearing. Court appoints FPD. Deft will waive his right to have Detention Hearing. No Detention Hearing Held. Deft Detained.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

TIME IN COURT:

DAR: 14:22:41  Page 1 of 2

# COURT MINUTES

**U.S. MAGISTRATE JUDGE** <u>JAMES M. HOPKINS</u>   DATE: <u>12/21/2011</u>   TIME: <u>2:00 PM</u>

DEFT: SCOTT MULLIGAN (J)   CASE NO: 11-8463-JMH

AUSA: SEAN FLYNN   ATTY: FPD - Robin Rosen-Evans ✓

AGENT: _____   VIOL: REMOVAL TO THE EASTERN DISTRICT OF NEW YORK

PROCEEDING: **INITIAL HEARING ON REMOVAL** *Identity Hearing*   BOND RECOMMENDATION: PTD **(REQUESTED BY GOVT.)**

BOND/PTD HEARING HELD - yes / no   LANGUAGE: ENGLISH

BOND SET @ _____   PRISONER NO. _____

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement/Electronic Monitoring/Curfew ____ paid by ____
- ☐ Other _____

Disposition: Defense would like to have Identity hearing. Gov't proffers as to the identity of the Deft. No argument from Defense. Court accepts proffer and identifies the Deft as the person identified in the Criminal Complaint. Deft may be transported to the EDof New York by FBI Agents. Deft ordered removed.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

TIME IN COURT: 17 mins

DAR: _____

Page 2 of 2