UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   11-8463-JMH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SCOTT MULLIGAN,

    Defendant.
_____/

FILED by _____ D.C.

DEC 2 1 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WARRANT OF REMOVAL

A(n)  __X__ Complaint
    _____ Indictment
    _____ Information
    _____ Probation Violation Warrant
    _____ Supervised Release Violation Warrant
    _____ Bench Warrant
    _____ Violation of Pretrial Release Warrant

having been filed in the **EASTERN DISTRICT OF NEW YORK** charging the above named defendant with __18:33, 34 & 2__, and the defendant having

    __X__ been arrested
    _____ surrendered

in the Southern District of Florida, having had an initial appearance before the Court and having:

    __X__ waived further hearing
    _____ been given a hearing in accordance
    with **Fed.R.Crim.P. 40.**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this __21ST__ day of __DECEMBER__, 2011.

*James M. Hopkins*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   US Probation
   U.S. Marshal (2 certified copies)