

FILED by ___ D.C.
JAN 03 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA    CASE # __MJ-11-1252__
                                   __11-8463-JMH__
VS

__Scott M. Mulligan__    PRISONER # __60271-053__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    **WEST PALM BEACH**    ST. PIERCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: __12/21/11   0700__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE(S) CHARGED: __18 sec 33__

4) U.S. CITIZEN  [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: __/1967__

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [✓] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __EDNY__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES   [ ] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: __Gavin Gumbinner__ DATE: __12/21/11__

9) AGENCY: __FBI__    PHONE: __786-412-9479__