# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

701 Clematis Street, Rm 202
West Palm Beach, Florida 33401
(561) 803-3400

## TRANSMITTAL LETTER

**TO:** **CLERK OF COURT**

    **ALFONSO M. D'AMATO UNITED STATES COURTHOUSE**
    **FEDERAL PLAZA, ROOM 100**
    **CENTRAL ISLIP, NY 11722**

```
FILED by _____ D.C.

     JAN 1 9 2012

  STEVEN M. LARIMORE
  CLERK U.S. DIST. CT.
   S.D. OF FLA. - W.P.B.
```

**RE:**  USA v SCOTT MULLIGAN
       Case No. **MJ-11-1252**
       SD/FL Case No. 11-8463-JMH

**DATE:**

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40
Please find enclosed the following documents:

    _____    Original file

    ___X___    Certified File

    _____    Magistrate Proceedings -Original Pleadings

                 CASH Bond   Amount $_____
                 (Note: Cash is not included in this transmittal and will
                  be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

                **UNITED STATES DISTRICT COURT**
            **CLERK OF COURT c/o Tanya McClendon**
                **701 CLEMATIS STREET, ROOM 202**
                **WEST PALM BEACH, FLORIDA 33401**

                                            Yours sincerely
                                        By _/s/ Tanya McClendon_
                                        Tanya McClendon, Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, the public, and the litigants, to resolve disputes in a just and efficient manner.*