# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**FILED IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

Steven M. Larimore
Court Administrator • Clerk of Court



701 Clematis Street, Rm 202
West Palm Beach, Florida 33401
(561) 803-3400

## TRANSMITTAL LETTER

**LONG ISLAND OFFICE**

**TO:** CLERK OF COURT

ALFONSO M. D'AMATO UNITED STATES COURTHOUSE
FEDERAL PLAZA, ROOM 100
CENTRAL ISLIP, NY 11722

FILED by _____ D.C.
FEB 2 3 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by _____ D.C.
JAN 1 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**RE:** USA v SCOTT MULLIGAN
Case No. **MJ-11-1252**
SD/FL Case No. **11-8463-JMH**

**DATE:**
========================================================
The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40
Please find enclosed the following documents:

```
_____    Original file

    X         Certified File

_____    Magistrate Proceedings -Original Pleadings

              CASH Bond   Amount $_____
              (Note:  Cash is not included in this transmittal and will
               be forwarded at a later date from the Financial Section)
```

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT c/o Tanya McClendon
701 CLEMATIS STREET, ROOM 202
WEST PALM BEACH, FLORIDA 33401

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 13 2012 ★
LONG ISLAND OFFICE

Yours sincerely
By _____
Tanya McClendon, Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*